

COURT OF APPEALS EIGHTH
DISTRICT OF TEXAS EL
PASO, TEXAS

| | | |
|---|---|---|
| LAURA KNIGHT, | § | No. 08-12-00355-CR |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 346th District Court |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | |
| | § | (TC# 20090D02461) |

**O R D E R**

The Court GRANTS the Appellant's sixth motion for extension of time to file the brief until **December 2, 2013.**   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joshua C. Spencer, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **December 2, 2013.**

If Appellant's brief is not filed with this Court by December 2, 2013, this Court will find it necessary to send this case back to the trial court for a hearing as to why Appellant's brief has not been filed.

IT IS SO ORDERED this 20th day of November, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.